| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter   7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Strong Man Services, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  SMS Mechanical |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-2377918 |
| 4. | **Debtor's address** | **Principal place of business** 3111 S. Valley View Blvd., Ste. N-101 Las Vegas, NV 89102 Number, Street, City, State & ZIP Code  Clark County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://smsmechanical.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor __Strong Man Services, Inc.__     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2382__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  Strong Man Services, Inc.  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  __Strong Man Services, Inc.__                                Case number (*if known*) _____
         Name

|  | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known): _____   Chapter   7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/30/2021
              MM / DD / YYYY

X  /s/ Jason Hales
Signature of authorized representative of debtor

Jason Hales
Printed name

Title   Director

**18. Signature of attorney**

X  /s/ Matthew C. Zirzow
Signature of attorney for debtor

Date   8/30/21
       MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170      Email address   mzirzow@lzlawnv.com

7222 NV
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF STRONG MAN SERVICES, INC.
### a Nevada corporation

The undersigned, being the Board of Directors of STRONG MAN SERVICES, INC., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of August 27, 2021:

RESOLVED that in the judgment of the directors of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that JASON HALES (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

[Rest of page intentionally left blank]

1

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

STRONG MAN SERVICES, INC.
a Nevada corporation,

By: _____
JOHN CAPURRO, Director

STRONG MAN SERVICES, INC.
a Nevada corporation,

By: _____
JASON HALES, Director

2

# United States Bankruptcy Court
### District of Nevada

In re    Strong Man Services, Inc.            Case No. _____
                                                        Debtor(s)           Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    08/30/2021                          /s/ Jason Hales
                                                          Jason Hales/Director
                                                          Signer/Title

Strong Man Services, Inc.
3111 S. Valley View Blvd., Ste. N-101
Las Vegas, NV 89102

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

A/C Systems Supply
Attn: Managing Member
3036 S. Valley View Blvd.
Las Vegas, NV 89102

Ahern Rentals
Attn: Managing Member
P.O. Box 271390
Las Vegas, NV 89127

Airgas USA LLC
Attn: Managing Member
2600 S. Highland Dr.
Las Vegas, NV 89109

Allied Refrigeration Inc.
Attn: Managing Member
P.O. Box 2411
Long Beach, CA 90801-2411

Ally
Attn: Bankruptcy Dept/Managing Age
P.O. Box 951
Horsham, PA 19044

Alsco, Inc.
Attn: Managing Member
2300 N. Commerce St.
Las Vegas, NV 89169

American Express
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 9811535
El Paso, TX 79998-1535

AmTrust Insurance Co. of Kansas, In
Att: Managing Member
800 Superior Ave. East, 21st Floor
Cleveland, OH 44114

AmTrust North America
Attn: Managing Member
800 Superior Ave., Ste. E
21st Floor
Cleveland, OH 44114

Atlas Crane
Attn: Managing Member
3120 N. Nellis Blvd.
Las Vegas, NV 89115

Board of Trustees SMW 401K Plan
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

Board of Trustees SMW CA, AZ, NV
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

C&M Crane
Attn: Managing Member
5340 W. Quail Ave.
Las Vegas, NV 89118

CHTD. Company
Attn: Managing Member
PO Box 2576
Springfield, IL 62708

Climatec LLC
Attn: Managing Member
P.O. Box 51689
Los Angeles, CA 90051-5989

Diamondback Equipment Sales
Attn: Managing Member
8396 W. Ford Ave.
Las Vegas, NV 89113

Dielco Crane
Attn: Managing Member
5454 Arville Street
Las Vegas, NV 89118

Energy Mechanical Ins. Inc.
Attn: Managing Member
4005 W. Dewey Drive
Las Vegas, NV 89118

Engin8
Attn: Managing Member
8260 W. Charleson Blvd.
Ste. 3
Las Vegas, NV 89117

Fleet Corp
Attn: Bankruptcy Dept/Managing Age
P.O. Box 1239
Covington, LA 70434

Ford Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

Gail Capurro as Trustee
16 Moraine Dr.
Henderson, NV 89052-6625

| | | |
|---|---|---|
| Harris Insurance Services, Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>6445 W. Sunset Rd., #156<br>Las Vegas, NV 89118 | Harsch Investment Properties-Nevada, LLC<br>c/o Harsch Investment Properties, LLC<br>1121 SW Salmon Street, Ste. 500<br>Portland, OR 97205 | Harsch Investments Properties<br>Attn: Managing Member<br>3111 S. Valley View Blvd.<br>Ste. K101<br>Las Vegas, NV 89102 |
| Home Depot Credit Services<br>Attn: Managing Member<br>P.O. Box 790340<br>Saint Louis, MO 63179 | Intern'l Assoc. of SMA, Rail and Transpo<br>c/o Lauris A. Traktman, Esq.<br>Gilbert & Sackman, ALC<br>3699 Wilshire Blvd., #1200<br>Los Angeles, CA 90010-2732 | John and Gail Capurro<br>16 Moraine Dr.<br>Henderson, NV 89052-6625 |
| Johnson Controls, Inc.<br>Attn: Managing Member<br>1545 E. Pama Lane<br>Las Vegas, NV 89119 | Johnstone Supply of Las Vegas<br>Attn: Managing Member<br>4144 W. Sunset Rd.<br>Las Vegas, NV 89118 | Lawyer Mechanical Services, Inc.<br>Attn: Managing Member<br>3036 Valley View Blvd.<br>Las Vegas, NV 89102 |
| Lennox Industries, Inc.<br>Attn: Managing Member<br>P.O. Box 910549<br>Dallas, TX 75391-0549 | Lunas, Inc.<br>Attn: Managing Member<br>4830 E. Cartier Ave.<br>Las Vegas, NV 89115 | M&D Paint & Drywall<br>Attn: Managing Member<br>5142 W. Patrick Lane<br>Ste. #110<br>Las Vegas, NV 89118 |
| MAP Retirement, Inc.<br>Attn: Managing Member<br>W6180 Areotech Dr.<br>Appleton, WI 54914 | Mechanical Equipment Reps<br>Attn: Managing Member<br>5828 Spring Mtn. Rd.<br>Ste. 305<br>Las Vegas, NV 89146 | Mesa Energy Systems, Inc.<br>Attn: Managing Member<br>2 Cromwell<br>Irvine, CA 92618 |
| Mesa Mechanical, Inc.<br>Attn: Managing Member<br>1821 Western Ave.<br>Las Vegas, NV 89102 | Nevada Cooler Pad<br>Attn: Managing Member<br>3970 Ponderosa Way<br>Las Vegas, NV 89118 | Norman Wright<br>Attn: Managing Member<br>P.O. Box 51938<br>Los Angeles, CA 90051-6238 |
| Penn Air Control<br>Attn: Managing Member<br>5941 Lakeshore Dr.<br>Cypress, CA 90630 | Precision Air Balance<br>Attn: Managing Member<br>1240 N. Jefferson St.<br>Ste. #H<br>Anaheim, CA 92807 | Precision Electric<br>Attn: Managing Member<br>4250 Camron Street<br>Las Vegas, NV 89103 |
| Purvis Industries<br>Attn: Managing Member<br>3360 W. Sunset Rd.<br>Las Vegas, NV 89118 | Ray Morgan of Las Vegas<br>Attn: Managing Member<br>7140 Dean Martin Dr.<br>Ste. 200<br>Las Vegas, NV 89118 | SMART Local 88 SMW of So. NV<br>Attn: Bankruptcy Dept/Managing Age<br>2250 S. Rancho, Ste. 295<br>Las Vegas, NV 89102-4454 |
| SMW Local 88 Retiree Apprenticeship<br>c/o Lauris A. Traktman, Esq.<br>Gilbert & Sackman, ALC<br>3699 Wilshire Blvd., #1200<br>Los Angeles, CA 90010-2732 | SMW Local 88 Retiree Health Plan<br>c/o Lauris A. Traktman, Esq.<br>Gilbert & Sackman, ALC<br>3699 Wilshire Blvd., #1200<br>Los Angeles, CA 90010-2732 | Southwest Specialty Contractors, LL<br>Attn: Managing Member<br>6442 Arville St.<br>Las Vegas, NV 89118 |
| Staples Advantage<br>Attn: Managing Member<br>500 Staples Dr.<br>Framingham, MA 01702 | Steamatic of Southern Nevada<br>Attn: Managing Member<br>2581 Synergy St.<br>N. Las Vegas, NV 89030 | Terracon Consultants, Inc.<br>Attn: Managing Member<br>750 Pilot Rd., Ste. F<br>Las Vegas, NV 89119 |

Th SMACNA of Southern Nevada
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

The Reinalt-Thomas Corporation
Attn: Managing Member
20225 N. Scottsdale Rd.
Scottsdale, AZ 85255

Tomarco
Attn: Managing Member
4125 Wagon Trail Ave.
Las Vegas, NV 89118

Two Dimensional Instruments, LLC
Attn: Managing Member
7311 Highway 329
Ste. 910
Crestwood, KY 40014

Wex Bank
Attn: Managing Member
P.O. Box 6293
Carol Stream, IL 60197-6293

Wex Fuel Cards
Attn: Bankruptcy Dept/Managing Age
97 Darling Ave.
South Portland, ME 04106

Winsupply of Las Vegas
Attn: Managing Member
3665 Diablo Dr.
Ste. 100
Las Vegas, NV 89118

WW Grainger Inc.
Attn: Managing Member
Dept. 884143553
P.O. Box
Kansas City, MO 64141-6267

A/C Trane (Warranty Department)
Attn: Managing Agent
3036 S. Valley View Blvd
Las Vegas, NV 89102

Addison Construction & Communications
Attn: Craig Fletcher
1519 Helm Ave
Las Vegas, NV 89119

Advanced Medical Builders, Inc.
Attn: Managing Agent
885 N. Shepard St.
Anaheim, CA 92806

American Mechanical Engineering
Attn: Gene Igo
140 S. Camino Seco Suite 305
Tucson, AR 85710

Austin General Contracting
Attn: Managing Agent
6440 South Polaris Avenue
Las Vegas, NV 89119

Bob Brown
290 Lindura Court
Las Vegas, NV 89138

Boy Scout Office
Attn: Managing Agent
7220 Paradise Road
Las Vegas, NV 89119

Brad MCDonald
7351 Hazel Plain Ave
Las Vegas, NV 89131

Caliber Collision
Summerlin-0247
10130 W. ROCHELLE AVE
Las Vegas, NV 89147

CARMA GROUP LLC
Attn: Managing Agent
8975 S. Pecos Road Suite 6C
Henderson, NV 89074

Chad Davis
10221 Angles Loft St
Las Vegas, NV 89131

Cherry, Wendy
8308 Joseph Cary Ct.
Las Vegas, NV 89145

Choate Construction Company
Attn: Managing Agent
2907 Providence Road, Suite 400
Charlotte, NC 28211

Dakem & Associates
Attn: Managing Agent
2975 W. Lake Mead Blvd.
North Las Vegas, NV 89032

Dakem & Associates
Attn: Managing Agent
6170 West Viking Road
Las Vegas, NV 89103

Dave Fury
249 Garnet Garden Street
Henderson, NV 89015

Elliot Chang
119 S. Water St.
Henderson, NV 89015

Facilites Management Group LLC
Attn: Managing Agent
2238 Bissonnet Street
Houston, TE 77005

Fitness Alliance, LLC for Nevada
Attn: Jose Soto Director of Facilites
1 E. Washington Street Suite 250
Phoenix, AZ 85004

Giselle Clucas
6124 Cromwell Ct
Las Vegas, NV 89107

Greenberg Traurig
Attn: Managing Agent
10845 Griffith Peak Dr
Las Vegas, NV 89135

Harsch Investment Properties-Nevad LL
c/o Jenifer Nichols, as Resident Age
1121 SW Salmon St., Ste. 500
Portland, OR 97205

Inyo Dispensary
Attn: Managing Agent
2520 S. Maryland Parkway
Las Vegas, NV 89109

Jing Restaurant
Attn: Managing Agent
10975 Oval Park Dr
Las Vegas, NV 89135

JLL/UHG
Mailstop# 40670-643136
P.O. Box 4817
Portland, OR 97208-4817

JMB Construction Inc.
Attn: Managing Agent
1118 Sharp Cir #E
N. Las Vegas, NV 89030

Kyle Bulter
10341 Havkin
Las Vegas, NV 89149

Las Vegas Metro Police Dept.
Attn: Budget/Accounting
400 S Martin L King Blvd Bldg B 4thFl
Las Vegas, NV 89106

Martin Harris
Attn: Managing Agent
3030 S. Highland Drive
Las Vegas, NV 89109

Melissa Hooper
3596 Middle Bury Ave.
Las Vegas, NV 89121

Minero LLC
Attn: Managing Agent
8680 W Spring Mountain Rd
Las Vegas, NV 89117

Mountain West Excavation
Attn: Managing Agent
1851 Western Ave
Las Vegas, NV 89102

Nevada General Construction
Attn: Managing Agent
4121 Wagon Trail Ave
Las Vegas, NV 89118

Robert Harries
7016 Manny St.
Las Vegas, NV 89131

Silver Creek Development, LLC
Attn: Managing Agent
5130 Mae Anne Ave.
Reno, NV 89523

Specialist Property Management
Attn: Managing Agent
8440 W Lake Mead Blvd Suite #212
Las Vegas, NV 89128

SR Construction
Attn: Managing Agent
3579 Red Rock Street
Las Vegas, NV 89103

State of Nevada Contractor's Board
Attn: Managing Member
2310 Corporate Cir., Ste. 200
Henderson, NV 89074

SVSC Finanacial Coord.
Attn: Managing Agent
4090 N Martin Luther King Blvd.
N. Las Vegas, NV 89032

Synexis
Attn: Managing Agent
11711 W 79th St
Lenexa, KS 66214

The Haunted Museum
Attn:  Robert
600 E. Charleston Blvd.
Las Vegas, NV 89104

The Penta Building Group
Attn: David Slokken Asst. PM
181 E. Warm Springs Road
Las Vegas, NV 89119

The Penta Building Group
Attn: Mitch Bernard
181 E. Warm Springs Road
Las Vegas, NV 89119

The Whiting-Turning Contracting Co.
Attn: Managing Agent
6720 Via Austi Parkway Suite 300
Las Vegas, NV 89119

U.S. Attorney General's Office
U.S. Department of Justice
Attn: Merrick Garland
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U.S. Attorney's Office-Nevada
Attn: Christopher Chiou, Esq.
501 Las Vegas Blvd., So., Ste. 1100
Las Vegas, NV 89101

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., W
Washington, DC 20416

U.S. Small Business Administration
Nevada District Office
Attn:  Joseph Amato, Director
300 South 4th St., Suite 400
Las Vegas, NV 89101

UHG-JLL
Bill box #01-97274-23111 MN008-E2
900 Bren Road E.
Minnetonka, MN 55343

UHG-JLL
Bill box #01-97274-26110 MN008-E205
900 Bren Road E.
Minnetonka, MN 55343

UHS of Delaware, Inc.
Attn: Darryl Long
367 S Gulph Road
King Of Prussia, PA 19406

University Medical Center
Attn: Managing Agent
1800 W. Charleston Blvd.
Las Vegas, NV 89102

Vic Tyagi
2305 Pearl Crest
Las Vegas, NV 89134