**Fill in this information to identify the case:**

Debtor name    Strong Man Services, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14265-mkn

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/13/2021    X _____
                               Signature of individual signing on behalf of debtor

                               Jason Hales
                               Printed name

                               Secretary
                               Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   Strong Man Services, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   21-14265-mkn

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................   $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................   $ _____1,961,559.42

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................   $ _____1,961,559.42

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____266,114.91

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................   +$ _____1,270,024.11

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                                                      $ _____1,536,139.02

**Fill in this information to identify the case:**

Debtor name  Strong Man Services, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  21-14265-mkn

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 3832 | $24.14 |
| 3.2. | Chase Bank | Checking | 6189 | $0.00 |
| 3.3. | Nevada State Bank | Checking | 6189 | $219.00 |
| 3.4. | Nevada State Bank | Checking | 8298 | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $243.14 |
|---|

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Debtor    Strong Man Services, Inc.                                                Case number *(If known)*   21-14265-mkn
_____
Name

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    Deposit with Harsch Investment Properties (landlord for real proeprty lease)                    $3,000.00
_____

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                                       $3,000.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    1,102,911.56    -    0.00    = ....    $1,102,911.56
                                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    211,929.72    -    0.00    = ....    $211,929.72
                                    face amount              doubtful or uncollectible accounts

**12.**    **Total of Part 3.**                                                                    $1,314,841.28
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** Misc. gang boxes, grills, duct work, exhaust fans, and copper fittings.  See Exhibit A/B | | $0.00 | | $22,700.00 |

**20.**    **Work in progress**

**21.**    **Finished goods, including goods held for resale**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | Strong Man Services, Inc. | Case number *(if known)* | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**                                                                                                                                 | $22,700.00 |
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** 9 Desks; 10 file cabinets; 15 office chairs; and misc. art work.  See Exhibit A/B | $0.00 | | $4,375.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** 7 Computers; 1 laptop; 7 phones; 28 cell phones and tablet.   See Exhibit A/B | $0.00 | | $5,150.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**                                                                                                                                 | $9,525.00 |
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

| Debtor | Strong Man Services, Inc. | Case number *(if known)*  21-14265-mkn |
|---|---|---|
| | Name | |

☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2017 Ford F150 VIN:<br>1FTMF1C8XHKC25338 | $0.00 | Comparable sale | $21,000.00 |
| 47.2. | 2019 Ford Ranger; VIN<br>1FTER1EHOKLB22455 | $0.00 | Comparable sale | $31,000.00 |
| 47.3. | 2017 Ford Transit Connect Cargo Van; VIN<br>NM0LS7F7XH1325178 | $0.00 | Comparable sale | $20,000.00 |
| 47.4. | 2018 Ford F150; VIN<br>1FTMF1CB4JKC03711 | $0.00 | Comparable sale | $21,000.00 |
| 47.5. | 2016 Ford Tranport Cargo Van; VIN<br>NM0LE6F74G1235217 | $0.00 | Comparable sale | $14,000.00 |
| 47.6. | 2017 Ford F150; VIN<br>1FTEX1RGOHFA34424 | $0.00 | Comparable sale | $44,000.00 |
| 47.7. | 2019 Ford F150; VIN<br>1FTEW1E48KKC03957 | $0.00 | Comparable sale | $42,000.00 |
| 47.8. | 2019 Ford Transit Connect; VIN<br>NM0LS7E24K1417965 | $0.00 | Comparable sale | $21,000.00 |
| 47.9. | 2018 Chevy Suburban; VIN<br>1GNSCGKC5JR292183 | $0.00 | Comparable sale | $40,000.00 |
| 47.10. | 2018 Ford Transit Van; VIN<br>1FTYE1CMXJKB55007 | $0.00 | Comparable sale | $26,000.00 |
| 47.11. | 1-14 ft. box trailer- $4,500; 1 hydraulic<br>trailer - $12,500 | $0.00 | | $17,000.00 |
| 47.12. | 2019 Ford F150; VIN<br>1FTEW1EP5KKE95125 | $0.00 | Comparable sale | $41,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | Case number *(If known)* | 21-14265-mkn |
|--------|---------------------------|--------------------------|--------------|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
1 Fork lift-$7,500;  and  2 scissor lifts $7,000 — $0.00 — $14,500.00

Misc. tools; residential package units; roof top units and curbs; boiler with pump and expansion tanks; misc. units, and mini splits — $0.00 — $168,750.00

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87. — $521,250.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|----------------------|---------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.smsmechanical.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. — $0.00

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | Strong Man Services, Inc. | Case number *(If known)* | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Litigation claims to collect on accounts receivables as listed herein | Unknown |
| **Nature of claim** | |
| **Amount requested** $0.00 | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.** **Trusts, equitable or future interests in property** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Claims against recovery fund of SMART Local 88 SMW of So. Nevada Trust Funds (estimated for lost work to non-union contracts) | $60,000.00 |
| Insurance claim for stolen truck (recovered but stripped; assumed total loss); Claim No. NVBA-xxxx1042 | Unknown |
| Surety Bond with Merchants Bonding Company;  NV xxx5336 | $30,000.00 |
| **78.** **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $90,000.00 |

Debtor    Strong Man Services, Inc.                                    Case number *(If known)*   21-14265-mkn
           Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   Strong Man Services, Inc.                                     Case number *(if known)*  21-14265-mkn
         Name

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $243.14 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,314,841.28 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $22,700.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,525.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $521,250.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $90,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,961,559.42 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,961,559.42 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Strong Man Services, Inc.__

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    __21-14265-mkn__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
2019 Ford F150; VIN 1FTEW1E48KKC03957                    $39,648.00    $42,000.00

Attn: Bankruptcy
Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044
Creditor's mailing address

**Describe the lien**
Purchase Security Agreement
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/20/2018
**Last 4 digits of account number**
9608

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Ally** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
2019 Ford Transit Connect; VIN NM0LS7E24K1417965                    $13,915.88    $21,000.00

Attn: Bankruptcy
Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044
Creditor's mailing address

**Describe the lien**
Purchase Security Agreement
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/17/2019
**Last 4 digits of account number**
2610

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Ally | Describe debtor's property that is subject to a lien | $42,171.47 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy
Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044

Creditor's mailing address

2018 Chevy Suburban; VIN
1GNSCGKC5JR292183

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/12/2018

**Last 4 digits of account number**
5088

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Ally | Describe debtor's property that is subject to a lien | $29,013.99 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy
Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044

Creditor's mailing address

2018 Ford Transit Van; VIN
1FTYE1CMXJKB55007

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/20/2018

**Last 4 digits of account number**
3220

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Ford Credit | Describe debtor's property that is subject to a lien | $7,244.64 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name

National Bankruptcy Service
Center
P.O. Box 62180
Colorado Springs, CO 80962

2017 Ford F150 VIN: 1FTMF1C8XHKC25338

---

Debtor    Strong Man Services, Inc.                          Case number (if known)    21-14265-mkn
_____                                    _____
Name

Creditor's mailing address          **Describe the lien**
                                    Purchase Security Agreement
                                    _____
                                    **Is the creditor an insider or related party?**
_____     ■ No
Creditor's email address, if known  ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
0788                                **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**  ☐ Contingent
■ No                                ☐ Unliquidated
☐ Yes. Specify each creditor,       ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | Ford Credit | **Describe debtor's property that is subject to a lien** | $19,889.53 | $31,000.00 |

Creditor's Name

National Bankruptcy Service          2019 Ford Ranger; VIN 1FTER1EHOKLB22455
Center                               _____
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address          **Describe the lien**
                                    Purchase Security Agreement
                                    _____
                                    **Is the creditor an insider or related party?**
_____     ■ No
Creditor's email address, if known  ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
9493                                **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**  ☐ Contingent
■ No                                ☐ Unliquidated
☐ Yes. Specify each creditor,       ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | Ford Credit | **Describe debtor's property that is subject to a lien** | $33,279.02 | $41,000.00 |

Creditor's Name

National Bankruptcy Service          2019 Ford F150; VIN 1FTEW1EP5KKE95125
Center                               _____
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address          **Describe the lien**
                                    Purchase Security Agreement
                                    _____
                                    **Is the creditor an insider or related party?**
_____     ■ No
Creditor's email address, if known  ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
                                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
5388                                **As of the petition filing date, the claim is:**
**Do multiple creditors have an**   Check all that apply
**interest in the same property?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Strong Man Services, Inc.
_____
Name

Case number (if known)    21-14265-mkn

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Ford Credit | | | $8,689.86 | $20,000.00 |

Creditor's Name

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3455

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2017 Ford Transit Connect Cargo Van; VIN NM0LS7F7XH1325178

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Ford Credit | | | $8,423.19 | $21,000.00 |

Creditor's Name

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3479

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2018 Ford F150; VIN 1FTMF1CB4JKC03711

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Ford Credit | | | $6,720.80 | $14,000.00 |

Creditor's Name

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2016 Ford Tranport Cargo Van; VIN NM0LE6F74G1235217

**Describe the lien**

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page 4 of 5

Debtor   Strong Man Services, Inc.                                       Case number (if known)    21-14265-mkn
         Name

|  | Purchase Security Agreement |
|  | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| 9983 | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

| 2.1 1 | Ford Credit | Describe debtor's property that is subject to a lien | $57,118.53 | $44,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | 2017 Ford F150; VIN 1FTEX1RGOHFA34424 | | |
|  | National Bankruptcy Service Center | | | |
|  | P.O. Box 62180 | | | |
|  | Colorado Springs, CO 80962 | | | |
|  | Creditor's mailing address | **Describe the lien** | | |
|  |  | Purchase Security Agreement | | |
|  |  | **Is the creditor an insider or related party?** | | |
|  |  | ■ No | | |
|  | Creditor's email address, if known | ☐ Yes | | |
|  |  | **Is anyone else liable on this claim?** | | |
|  | **Date debt was incurred** | ■ No | | |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Last 4 digits of account number** | | | |
|  | 7145 | **As of the petition filing date, the claim is:** | | |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
|  |  | ☐ Contingent | | |
|  | ■ No | ☐ Unliquidated | | |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $266,114.91

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Strong Man Services, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___21-14265-mkn___

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>A/C Systems Supply<br>Attn: Managing Member<br>3036 S. Valley View Blvd.<br>Las Vegas, NV 89102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,515.47 |
|  | Date(s) debt was incurred _12/2/20-9/10/2021_<br>Last 4 digits of account number _ | **Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes |  |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Ahern Rentals<br>Attn: Managing Member<br>P.O. Box 271390<br>Las Vegas, NV 89127 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,240.72 |
|  | Date(s) debt was incurred _2/22/21-8/7/21_<br>Last 4 digits of account number _ | **Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes |  |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Airgas USA LLC<br>Attn: Managing Member<br>2600 S. Highland Dr.<br>Las Vegas, NV 89109 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.61 |
|  | Date(s) debt was incurred _7/30/2021_<br>Last 4 digits of account number _ | **Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes |  |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Allied Refrigeration Inc.<br>Attn: Managing Member<br>P.O. Box 2411<br>Long Beach, CA 90801-2411 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,630.94 |
|  | Date(s) debt was incurred _8/8/2021_<br>Last 4 digits of account number _ | **Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No ☐ Yes |  |

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.40 |
|---|---|---|---|

Alsco, Inc.
Attn: Managing Member
2300 N. Commerce St.
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/5/21-9/9/21

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

American Express
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 9811535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Charge Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,326.00 |
|---|---|---|---|

AmTrust North America
Attn: Managing Member
800 Superior Ave., Ste. E
21st Floor
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2020-8/2021

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

ARCO
Attn: Bankruptcy Dept./Managing Agent
PO Box 923928
Norcross, GA 30010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Charge account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,415.00 |
|---|---|---|---|

Atlas Crane
Attn: Managing Member
3120 N. Nellis Blvd.
Las Vegas, NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2021-8/12/21

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Bd. of Trustees SMW Health Plan
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
Bd. of Trustees SMW Local 88 401(k)
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          Unknown
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
Bd. of Trustees SMW Local 88 Fund
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          Unknown
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
Bd. of Trustees SMW Pension Plan
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          Unknown
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
C&M Crane
Attn: Managing Member
5340 W. Quail Ave.
Las Vegas, NV 89118

**Date(s) debt was incurred** 7/14/21-7/19/21
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          $280.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
Climatec LLC
Attn: Managing Member
P.O. Box 51689
Los Angeles, CA 90051-5989

**Date(s) debt was incurred** 4/2020-10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                          $58,583.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
Collett Electric
Attn: Bankruptcy Dept/Managing Agent
4790 Quality Ct.
Las Vegas, NV 89103

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1591

**As of the petition filing date, the claim is:** *Check all that apply.*                          Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Notice only.  Possible claim from worker's comp incident

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109,754.62**

Diamondback Equipment Sales
Attn: Managing Member
8396 W. Ford Ave.
Las Vegas, NV 89113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2020-6/2021

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,499.50**

Dielco Crane
Attn: Managing Member
5454 Arville Street
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2021

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,234.40**

Energy Mechanical Ins. Inc.
Attn: Managing Member
4005 W. Dewey Drive
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2020-7/2021

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,200.00**

Engin8
Attn: Managing Member
8260 W. Charleson Blvd.
Ste. 3
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2020-3/2020

**Basis for the claim:**  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Fleet Corp
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 1239
Covington, LA 70434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Charge account

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2015

**Basis for the claim:**  Promissory Note

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,238.37**

Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Promissory Note

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/4/2017

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/6/2014

**Basis for the claim:** Revolving Note

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,278.00 |
|---|---|---|---|

Harsch Investments Properties
Attn: Managing Member
3111 S. Valley View Blvd.
Ste. K101
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/1/2021

**Basis for the claim:** Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |
|---|---|---|---|

Home Depot Credit Services
Attn: Managing Member
P.O. Box 790340
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Charge account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Intern'l Assoc. of SMA, Rail and Transpo
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

John and Gail Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/9/2015

**Basis for the claim:** Promissory Note

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

John Capurro
16 Moraine Dr.
Henderson, NV 89052-6625

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Unpaid 401(k) retirement contributions

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|--------|---------------------------|--|------------------------|--------------|
| | Name | | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
Johnson Controls, Inc.
Attn: Managing Member
1545 E. Pama Lane
Las Vegas, NV 89119

Date(s) debt was incurred  2/2021-6/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$38,658.66

---

**3.32** | **Nonpriority creditor's name and mailing address**
Johnstone Supply of Las Vegas
Attn: Managing Member
4144 W. Sunset Rd.
Las Vegas, NV 89118

Date(s) debt was incurred  5/7/2021-7/10/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$30,155.61

---

**3.33** | **Nonpriority creditor's name and mailing address**
Lawyer Mechanical Services, Inc.
Attn: Managing Member
3036 Valley View Blvd.
Las Vegas, NV 89102

Date(s) debt was incurred  8/2020-5/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$156,343.63

---

**3.34** | **Nonpriority creditor's name and mailing address**
Lennox Industries, Inc.
Attn: Managing Member
P.O. Box 910549
Dallas, TX 75391-0549

Date(s) debt was incurred  6/17/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$111.90

---

**3.35** | **Nonpriority creditor's name and mailing address**
Lunas, Inc.
Attn: Managing Member
4830 E. Cartier Ave.
Las Vegas, NV 89115

Date(s) debt was incurred  5/28/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$425.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
M&D Paint & Drywall
Attn: Managing Member
5142 W. Patrick Lane
Ste. #110
Las Vegas, NV 89118

Date(s) debt was incurred  6/26/20; 2/2/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,578.70

---

**3.37** | **Nonpriority creditor's name and mailing address**
MAP Retirement, Inc.
Attn: Managing Member
W6180 Areotech Dr.
Appleton, WI 54914

Date(s) debt was incurred  7/6/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$228.50

---

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
Matthew Hendericksen
5505 Tanya Ave.
Las Vegas, NV 89107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Worker's Compensation Claim

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

**3.39** | **Nonpriority creditor's name and mailing address**
Mechanical Equipment Reps
Attn: Managing Member
5828 Spring Mtn. Rd.
Ste. 305
Las Vegas, NV 89146

**Date(s) debt was incurred**  3/24/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$2,063.46

---

**3.40** | **Nonpriority creditor's name and mailing address**
Mesa Energy Systems, Inc.
Attn: Managing Member
2 Cromwell
Irvine, CA 92618

**Date(s) debt was incurred**  5/25/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$11,530.00

---

**3.41** | **Nonpriority creditor's name and mailing address**
Mesa Mechanical, Inc.
Attn: Managing Member
1821 Western Ave.
Las Vegas, NV 89102

**Date(s) debt was incurred**  7/2020-8/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$170,489.79

---

**3.42** | **Nonpriority creditor's name and mailing address**
Nevada Cooler Pad
Attn: Managing Member
3970 Ponderosa Way
Las Vegas, NV 89118

**Date(s) debt was incurred**  4/2021-7/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$3,342.92

---

**3.43** | **Nonpriority creditor's name and mailing address**
Norman Wright
Attn: Managing Member
P.O. Box 51938
Los Angeles, CA 90051-6238

**Date(s) debt was incurred**  6/2021-7/2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$3,053.25

---

**3.44** | **Nonpriority creditor's name and mailing address**
On Deck Capital
Attn: Bankruptcy Dept/Managing Agent
901 N. Stuart Street, Ste. 700
Arlington, VA 22203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  FIled a UCC-1 financing statement, but believed to be either a debt of company prior to acquisition or satisfied

**Is the claim subject to offset?** ■ No  ☐ Yes

Unknown

---

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
Penn Air Control
Attn: Managing Member
5941 Lakeshore Dr.
Cypress, CA 90630

Date(s) debt was incurred  10/14/20-6/14/21

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$29,135.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
Precision Air Balance
Attn: Managing Member
1240 N. Jefferson St.
Ste. #H
Anaheim, CA 92807

Date(s) debt was incurred  5/2021-6/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$15,000.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Precision Electric
Attn: Managing Member
4250 Camron Street
Las Vegas, NV 89103

Date(s) debt was incurred  3/28/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$3,498.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
Purvis Industries
Attn: Managing Member
3360 W. Sunset Rd.
Las Vegas, NV 89118

Date(s) debt was incurred  6/20/21-8/28/21

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$4,137.17

---

**3.49**

**Nonpriority creditor's name and mailing address**
Ray Morgan of Las Vegas
Attn: Managing Member
7140 Dean Martin Dr.
Ste. 200
Las Vegas, NV 89118

Date(s) debt was incurred  2/25/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$185.42

---

**3.50**

**Nonpriority creditor's name and mailing address**
SMACNA of So. Nevada
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

Date(s) debt was incurred  2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Pending Litigation - ORDER AND JUDGMENT ON FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on 6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No ☒ Yes

Unknown

---

**3.51**

**Nonpriority creditor's name and mailing address**
SMART Local 88 SMW of So. NV
Attn: Bankruptcy Dept/Managing Agent
2250 S. Rancho, Ste. 295
Las Vegas, NV 89102-4454

Date(s) debt was incurred  4/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Building Trades possible audit of workers' trust fund

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address**
SMART Local 88 SMW of So. NV
Attn: Bankruptcy Dept/Managing Agent
2250 S. Rancho, Ste. 295
Las Vegas, NV 89102-4454

Date(s) debt was incurred  5/2014

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Light/Residential possible workers' trust fund audit

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**
SMW Local 88 Retiree Apprenticeship
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

Date(s) debt was incurred  2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Pending Litigation - ORDER AND JUDGMENT ON
FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on
6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
SMW Local 88 Retiree Health Plan
c/o Lauris A. Traktman, Esq.
Gilbert & Sackman, ALC
3699 Wilshire Blvd., #1200
Los Angeles, CA 90010-2732

Date(s) debt was incurred  2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      Unknown
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Pending Litigation - ORDER AND JUDGMENT ON
FOURTH SUPPLEMENTAL STIPULATION FOR JUDGMENT entered on
6/4/21 for $303,419.66, but only through Sept. 2020

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**
Southwest Specialty Contractors, LLC
Attn: Managing Member
6442 Arville St.
Las Vegas, NV 89118

Date(s) debt was incurred  7/21/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      $13,772.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**
Staples Advantage
Attn: Managing Member
500 Staples Dr.
Framingham, MA 01702

Date(s) debt was incurred  7/19/21-7/26/21

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      $268.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address**
Steamatic of Southern Nevada
Attn: Managing Member
2581 Synergy St.
N. Las Vegas, NV 89030

Date(s) debt was incurred  6/3/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                      $28,575.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|---|---|---|---|---|
| | Name | | | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,500.00 |
|---|---|---|---|
| | Terracon Consultants, Inc.<br>Attn: Managing Member<br>750 Pilot Rd., Ste. F<br>Las Vegas, NV 89119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 6/15/2021 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.69 |
|---|---|---|---|
| | The Reinalt-Thomas Corporation<br>Attn: Managing Member<br>20225 N. Scottsdale Rd.<br>Scottsdale, AZ 85255 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/13/2021 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,328.72 |
|---|---|---|---|
| | Tomarco<br>Attn: Managing Member<br>4125 Wagon Trail Ave.<br>Las Vegas, NV 89118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/20/21-7/7/21 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,621.50 |
|---|---|---|---|
| | Two Dimensional Instruments, LLC<br>Attn: Managing Member<br>7311 Highway 329<br>Ste. 910<br>Crestwood, KY 40014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/14/2021 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,226.00 |
|---|---|---|---|
| | Wex Bank<br>Attn: Managing Member<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 5/31/2021 | **Basis for the claim:** Charge account | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,699.25 |
|---|---|---|---|
| | Winsupply of Las Vegas<br>Attn: Managing Member<br>3665 Diablo Dr.<br>Ste. 100<br>Las Vegas, NV 89118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/12/2021 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $751.48 |
|---|---|---|---|
| | WW Grainger Inc.<br>Attn: Managing Member<br>Dept. 884143553<br>P.O. Box<br>Kansas City, MO 64141-6267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/2021-5/2021 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Law Offices of Jason Peck<br>Attn: Dee Golightly, Esq.<br>P.O. Box 7218<br>London, KY 40742 | Line  3.38<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $          1,270,024.11 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          1,270,024.11 |

**Fill in this information to identify the case:**

Debtor name _____Strong Man Services, Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEVADA_____

Case number (if known) _____21-14265-mkn_____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — Work contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Addison Construction & Communications<br>Attn: Craig Fletcher<br>1519 Helm Ave<br>Las Vegas, NV 89119 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — Work contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Advanced Medical Builders, Inc.<br>Attn: Managing Agent<br>885 N. Shepard St.<br>Anaheim, CA 92806 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — Work contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Affordable Concepts, Inc.<br>Attn: Bankruptcy Dept. / Managing Agent<br>2975 W. Lake Mead Blvd.<br>North Las Vegas, NV 89032 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — Worker's compensation and employers liability insurance policy dated 1/15/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | AmTrust Insurance Co. of Kansas, Inc.<br>Att: Managing Member<br>800 Superior Ave. East, 21st Floor<br>Cleveland, OH 44114 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Strong Man Services, Inc.
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    21-14265-mkn

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Work contract |
| State the term remaining | Austin General Contracting |
| List the contract number of any government contract | Attn: Managing Agent<br>6440 South Polaris Avenue<br>Las Vegas, NV 89119 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Work contract |
| State the term remaining | Dakem & Associates |
| List the contract number of any government contract | Attn: Managing Agent<br>6170 West Viking Road<br>Las Vegas, NV 89103 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | Worker's compensation and employers liability insurance policy dated 1/15/2021 |
| State the term remaining | Harris Insurance Services, Inc. |
| List the contract number of any government contract | Attn:  Bankruptcy Desk/Managing Agent<br>6445 W. Sunset Rd., #156<br>Las Vegas, NV 89118 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | Commercial real property lease for 3111 S. Valley View Blvd., Suite N-101, Las Vegas, NV 89102, approx. 6,750 square feet. |
| State the term remaining | Expires 8/31/21 |
| List the contract number of any government contract | Harsch Investment Properties-Nevada, LLC<br>c/o Harsch Investment Properties, LLC<br>Attn:  Jeff Nudelman, VP & Sr. Counsel<br>1121 SW Salmon Street, Ste. 500<br>Portland, OR 97205 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Work contract |
| State the term remaining | Las Vegas Metro Police Dept. |
| List the contract number of any government contract | Attn: Budget/Accounting<br>400 S Martin L King Blvd Bldg B 4th Floo<br>Las Vegas, NV 89106 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Work contract |
| State the term remaining | Martin Harris<br>Attn: Managing Agent<br>3030 S. Highland Drive<br>Las Vegas, NV 89109 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  Strong Man Services, Inc.

First Name          Middle Name          Last Name

Case number (if known)  21-14265-mkn

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Surety Bond; Bond No. NV xxx5336 | |
|---|---|---|---|
|  | State the term remaining |  | Merchants Bonding Co. Attn: Amy Baker, Claims Examiner 6700 Westown Parkway West Des Moines, IA 50266-7754 |
|  | List the contract number of any government contract |  |  |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Work contract | |
|---|---|---|---|
|  | State the term remaining |  | Minero LLC Attn: Managing Agent 8680 W Spring Mountain Rd Las Vegas, NV 89117 |
|  | List the contract number of any government contract |  |  |

---

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Work contract | |
|---|---|---|---|
|  | State the term remaining |  | Nevada General Construction Attn: Managing Agent 4121 Wagon Trail Ave Las Vegas, NV 89118 |
|  | List the contract number of any government contract |  |  |

---

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Work contract | |
|---|---|---|---|
|  | State the term remaining |  | Penta Building Group, Inc. Attn: Bankruptcy Dept/Managing Agent 181 E. Warm Springs Rd. Las Vegas, NV 89119 |
|  | List the contract number of any government contract |  |  |

---

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Work contract | |
|---|---|---|---|
|  | State the term remaining |  | Silver Creek Development, LLC Attn: Managing Agent 5130 Mae Anne Ave. Reno, NV 89523 |
|  | List the contract number of any government contract |  |  |

---

Debtor 1    Strong Man Services, Inc.                                    Case number *(if known)*    21-14265-mkn
_____
First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.16.    State what the contract or lease is for and the nature of the debtor's interest          Work contract

      State the term remaining

      List the contract number of any government contract

SR Construction
Attn: Managing Agent
3579 Red Rock Street
Las Vegas, NV 89103

---

2.17.    State what the contract or lease is for and the nature of the debtor's interest          Work contract

      State the term remaining

      List the contract number of any government contract

Whiting-Turner
Attn: Paul Schmitt, SVP
6720 Via Austi Parkway, Ste. 550
Las Vegas, NV 89119

| Fill in this information to identify the case: |
|---|

Debtor name __Strong Man Services, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __21-14265-mkn__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jason Hales | | Bd. of Trustees SMW Pension Plan | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.2 | Jason Hales | | Bd. of Trustees SMW Health Plan | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.3 | Jason Hales | | Bd. of Trustees SMW Local 88 401(k) | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.4 | Jason Hales | | Bd. of Trustees SMW Local 88 Fund | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.5 | Jason Hales | | Intern'l Assoc. of SMA, Rail and Transpo | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

Debtor    Strong Man Services, Inc.                                    Case number *(if known)*    21-14265-mkn

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.6 | Jason Hales | SMW Local 88 Retiree Health Plan | ☐ D ____ <br> ■ E/F   3.54 <br> ☐ G ____ | |
| 2.7 | Jason Hales | SMW Local 88 Retiree Apprenticeship | ☐ D ____ <br> ■ E/F   3.53 <br> ☐ G ____ | |
| 2.8 | Jason Hales | SMACNA of So. Nevada | ☐ D ____ <br> ■ E/F   3.50 <br> ☐ G ____ | |
| 2.9 | Jason Hales | Harsch Investments Properties | ☐ D ____ <br> ■ E/F   3.26 <br> ☐ G ____ | |
| 2.10 | John Capurro | Bd. of Trustees SMW Pension Plan | ☐ D ____ <br> ■ E/F   3.13 <br> ☐ G ____ | |
| 2.11 | John Capurro | Bd. of Trustees SMW Health Plan | ☐ D ____ <br> ■ E/F   3.10 <br> ☐ G ____ | |
| 2.12 | John Capurro | Bd. of Trustees SMW Local 88 401(k) | ☐ D ____ <br> ■ E/F   3.11 <br> ☐ G ____ | |
| 2.13 | John Capurro | Bd. of Trustees SMW Local 88 Fund | ☐ D ____ <br> ■ E/F   3.12 <br> ☐ G ____ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Strong Man Services, Inc. | Case number *(if known)* | 21-14265-mkn |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.14 | John Capurro | | Intern'l Assoc. of SMA, Rail and Transpo | ☐ D ____ ■ E/F  3.28 ☐ G ____ | |
| 2.15 | John Capurro | | SMW Local 88 Retiree Health Plan | ☐ D ____ ■ E/F  3.54 ☐ G ____ | |
| 2.16 | John Capurro | | SMW Local 88 Retiree Apprenticeship | ☐ D ____ ■ E/F  3.53 ☐ G ____ | |
| 2.17 | John Capurro | | SMACNA of So. Nevada | ☐ D ____ ■ E/F  3.50 ☐ G ____ | |
| 2.18 | John Capurro | | Harsch Investments Properties | ☐ D ____ ■ E/F  3.26 ☐ G ____ | |
| 2.19 | John Capurro | 2390 Stanbury Ct. Henderson, NV 89052 | Harsch Investment Properties-Nevada, LLC | ☐ D ____ ☐ E/F ____ ■ G  2.8 | |

Schedule H: Your Codebtors

**Fill in this information to identify the case:**

Debtor name  Strong Man Services, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  21-14265-mkn

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other _____ | $3,680,915.88 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $5,600,000.00 |
| For year before that:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $4,868,894.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   Strong Man Services, Inc.                                    Case number (if known)   21-14265-mkn

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Mechanical Equipment Reps<br>Attn: Managing Member<br>5828 Spring Mtn. Rd.<br>Ste. 305<br>Las Vegas, NV 89146 | 5/26/2021 | $16,961.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 9811535<br>El Paso, TX 79998-1535 | 6/1/2021 | $42,827.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Credit card_ |
| 3.3. Diamondback Equipment Sales<br>Attn: Managing Member<br>8396 W. Ford Ave.<br>Las Vegas, NV 89113 | 6/3/2021 | $23,292.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 9811535<br>El Paso, TX 79998-1535 | 6/7/2021 | $30,241.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Credit card_ |
| 3.5. Mercury Insurance Group<br>Attn: Bankrupcy Dep't / Managing Agent<br>4484 Wilshire Blvd.<br>Los Angeles, CA 90010 | 6/11/2021 | $7,176.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Premiums_ |
| 3.6. Atlas Crane<br>Attn: Managing Member<br>3120 N. Nellis Blvd.<br>Las Vegas, NV 89115 | 6/14/2021 | $12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Norman Wright<br>Attn: Managing Member<br>P.O. Box 51938<br>Los Angeles, CA 90051-6238 | 6/15/2021 | $28,029.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Mercury Insurance Group<br>Attn: Bankrupcy Dep't / Managing Agent<br>4484 Wilshire Blvd.<br>Los Angeles, CA 90010 | 6/16/2021 | $16,807.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Insurance premiums_ |

Debtor    Strong Man Services, Inc.                                                        Case number (if known)   21-14265-mkn

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. AmTrust Insurance Co. of Kansas, Inc.<br>Att: Managing Member<br>800 Superior Ave. East, 21st Floor<br>Cleveland, OH 44114 | 6/16/2021 | $29,496.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance premiums |
| 3.10. American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 9811535<br>El Paso, TX 79998-1535 | 6/17/2021 | $21,025.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit card |
| 3.11. Mesa Mechanical, Inc.<br>Attn: Managing Member<br>1821 Western Ave.<br>Las Vegas, NV 89102 | 6/28/2021 | $19,814.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Capital Premium Finance Insurance<br>Attn:  Bankruptcy Dep't / Managing Agent<br>12235 S. 800 East<br>Draper, UT 84020 | 6/30/2021 | $7,165.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance premiums |
| 3.13. American Express<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 9811535<br>El Paso, TX 79998-1535 | 7/2/2021 | $25,927.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit card |
| 3.14. Quench-Air | 7/7/2021 | $12,638.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. Superior Duct Las Vegas<br>4050 W. Mesa Vista Ave.<br>Las Vegas, NV 89118 | 7/9/2021 | $9,097.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. American Mechanical Engineering | 7/14/2021 | $10,971.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    Strong Man Services, Inc.                                      Case number (if known)  21-14265-mkn

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.17. | Capital Premium Finance Insurance<br>Attn: Bankruptcy Dep't / Managing Agent<br>12235 South 800 East<br>Draper, UT 84020 | 7/18/2021 | $7,786.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance premiums |
| 3.18. | Diamondback Equipment Sales<br>Attn: Managing Member<br>8396 W. Ford Ave.<br>Las Vegas, NV 89113 | 7/27/2021 | $13,595.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | Energy Mechanical Ins. Inc.<br>Attn: Managing Member<br>4005 W. Dewey Drive<br>Las Vegas, NV 89118 | 7/27/2021 | $10,118.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | Diamondback Equipment Sales<br>Attn: Managing Member<br>8396 W. Ford Ave.<br>Las Vegas, NV 89113 | 7/30/2021 | $10,549.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | Mesa Mechanical, Inc.<br>Attn: Managing Member<br>1821 Western Ave.<br>Las Vegas, NV 89102 | 8/6/2021 | $23,836.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Strong Man Services, Inc. | Case number *(if known)* 21-14265-mkn |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:16-cv-04495 SJO | Collection - alleged unpaid employee benefit plan contributions pursuant to collective bargaining agreement with Int'l Ass'n of Sheet Metal, et al. LocalUnion No. 88 | United States District Court Central District of California 312 N. Spring Ste., Set G23 Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:21-ms-00045 | Domestication of Foreign Judgment; collection | United States District Court District of Nevada 333 Las Vegas Blvd. So. Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:21-ms-00046 | Domestication of Foreign Judgment; collection | United States District Court District of Nevada 333 Las Vegas Blvd. So. Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:21-ms-00047 | Domestication of Foreign Judgment | United States District Court District of Nevada 333 Las Vegas Blvd. So. Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:21-ms-00048 | Domestication of Foreign Judgment; collection | United States District Court District of Nevada 333 Las Vegas Blvd. So. Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:2021mc00027 | Collection - Foreign Judgment Registration | United States District Court District of Arizona 401 W. Washington St. Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Strong Man Services, Inc.                                    Case number (if known)  21-14265-mkn

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:2021mc00028 | Collection - Foreign Judgment Registration | United States District Court DIstrict of Arizona 401 W. Washington St. Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:2021mc00029 | Collection - Foreign Judgment Registration | United States District Court District of Arizona 401 W. Washington St. Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:2021mc00030 | Collection - Foreign Judgment Registration | United States District Court District of Arizona 401 W. Washington St. Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 . Board of Trustees of the Sheet Workers' Pension Plan of So. California, Arizona and Nevada et al. v. Strong Man Services, Inc., et al.<br>2:2021mc00031 | Collection - Foreign Judgment Registration | United States District Court District of Arizona 401 W. Washington St. Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 . Gaylene Copsey v. Spring Valley Health Care et al.<br>A-18-768864-c | Negligence-Premises Liability | Eighth Judicial District Court 200 Lewis Ave. Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | Case number *(if known)* 21-14265-mkn |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Stolen vehicle (recovered, but completely stripped); insurance claim filed | | | Unknown |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Larson & Zirzow, LLC 850 E. Bonneville Ave. Las Vegas, NV 89101 | Attorney Fees | 8/26/2021 | $10,000.00 |
| | **Email or website address** mzirzow@lzlawnv.com | | | |
| | **Who made the payment, if not debtor?** John Capurro | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

Debtor    Strong Man Services, Inc.                           Case number *(if known)*   21-14265-mkn

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   □ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| SMS 401(k) Plan | EIN: |

Has the plan been terminated?
■ No
□ Yes

   □ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Sheet Metal Worked Pension Plan, Health Plan, 401(k) Plan, Returee Fund, JATC, et al. | EIN: |

Has the plan been terminated?
■ No
□ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

| Debtor | Strong Man Services, Inc. | Case number *(if known)* | 21-14265-mkn |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Nevada State Bank<br>Attn: Bankruptcy<br>Dept/Managing Agent<br>P.O. Box 990<br>Las Vegas, NV 89125 | XXXX-8651 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/31/2021 | $1.11 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Strong Man Services, Inc. | Case number *(if known)* | 21-14265-mkn |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    Mecham Dicus & Company
Attn: Mark Dicus
389 N. 100 W
Cedar City, UT 84721 | 2019 to present |
| 26a.2.    Angie Seloti | 2019 to present |
| 26a.3.    Jason Hales | 2019 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Jason Hales
6532 Deer Springs Way
Las Vegas, NV 89131-3223 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | Strong Man Services, Inc. | | Case number *(if known)* 21-14265-mkn |
|---|---|---|---|

☐ None

| Name and address |
|---|
| 26d.1. | McCarthy Building Companies, Inc. <br> Attn:  Bankrupcy Dep't / Managing Agent <br> 2580 St. Rose Parkway, Suite 200 <br> Henderson, NV 89074 |
| 26d.2. | Choate Construction <br> Attn:  Bankruptcy Dep't / Managing Agent <br> 2907 Providence Rd, Suite 400 <br> Charlotte, NC 28211 |
| 26d.3. | Penta Building Group <br> Attn:  Bankruptcy Dep't / Managing Agent <br> 181 E. Warm Springs <br> Las Vegas, NV 89119 |
| 26d.4. | Whiting Turner <br> Attn:  Bankruptcy Dep't / Managing Agent <br> 6720 Via Austi Pkwy., Suite 550 <br> Las Vegas, NV 89119 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Capurro | 16 Moraine Dr. <br> Henderson, NV 89052-6625 | President, Treasurer, and Director | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Hales | 6532 Deer Springs Way <br> Las Vegas, NV 89131-3223 | Secretary and Director | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Strong Man Services, Inc.                                          Case number *(if known)*   21-14265-mkn

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | See Exhibit SOFA-30 | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Sheet Metal Workers Pension Plan, Health Plan, 401(k) Plan, Returee Fund, et al. | EIN: |

Debtor  Strong Man Services, Inc.                     Case number *(if known)*  21-14265-mkn

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      9/13/2021

_____            Jason Hales
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Secretary

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Nevada

In re  Strong Man Services, Inc.                                     Case No.  21-14265-mkn
_____                 Chapter  7
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $              10,000.00

    Prior to the filing of this statement I have received _____  $              10,000.00

    Balance Due _____  $                    0.00

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    John Capurro

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions
    pursuant to 11 U.S.C. 523 and 727; and any appeals.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Date  9/13/21

                                            Matthew C. Zirzow 7222
                                            *Signature of Attorney*
                                            Larson & Zirzow, LLC
                                            850 E. Bonneville Ave.
                                            Las Vegas, NV 89101
                                            702-382-1170  Fax: 702-382-1169
                                            mzirzow@lzlawnv.com
                                            *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   Strong Man Services, Inc.                               Case No.   21-14265-mkn

                               Debtor(s)                Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Strong Man Services, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

   9/13/21

Date

 

Matthew C. Zirzow 7222
Signature of Attorney or Litigant
Counsel for   Strong Man Services, Inc.
Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
mzirzow@lzlawnv.com

Name, Address, Telephone No. & I.D. No.
Matthew C. Zirzow 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170
7222 NV

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
Strong Man Services, Inc.

BANKRUPTCY NO. 21-14265-mkn
CHAPTER NO. 7

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] __Jason Hales__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☒    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 9/13/2021

Signed: _____
Jason Hales/Secretary
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: 9/13/21

Signed: _____
Matthew C. Zirzow 7222
Attorney for Debtor(s)

**STRONG MAN SERVICES, INC.**
**Creditors Added**
**Case No. 21-14265-mkn**

MATTHEW HENDERICKSEN
5505 TANYA AVE.
LAS VEGAS NV 89107

COLLETT ELECTRIC
ATTN: BANKR. DEPT/MANAGING AGENT
4790 QUALITY CT.
LAS VEGAS, NV 89103

AFFORDABLE CONCEPTS, INC.
ATTN: BANKR. DEPT. / MANAGING AGENT
2975 W. LAKE MEAD BLVD.
NORTH LAS VEGAS, NV 89032

WHITING-TURNER
ATTN: PAUL SCHMITT, SVP
6720 VIA AUSTI PARKWAY, STE. 550
LAS VEGAS, NV 89119

MERCHANTS BONDING CO.
ATTN: AMY BAKER, CLAIMS EXAMINER
6700 WESTOWN PARKWAY
WEST DES MOINES, IA 50266-7754

PENTA BUILDING GROUP, INC.
ATTN: BANKR. DEPT/MANAGING AGENT
181 E. WARM SPRINGS RD.
LAS VEGAS, NV 89119

# EXHIBIT A/B
# Misc. Inventory/Fixtures & Furnishings

| Item | Quantity | Value | Total |
|------|----------|-------|-------|
| ***OFFICE FURNITURE, FIXTURES, & EQUIPMENT*** | | | |
| COMPUTERS | 7 | 200.00 | 1,400.00 |
| LAPTOP | 1 | 250.00 | 250.00 |
| PHONES | 7 | 100.00 | 700.00 |
| CELL PHONES AND TABLETS | 28 | 100.00 | 2,800.00 |
| | | | **$5,150.00** |
| | | | |
| DESKS | 9 | 200.00 | 1,800.00 |
| FILE CABINETS | 10 | 200.00 | 2,000.00 |
| OFFICE CHAIRS | 15 | 25.00 | 375.00 |
| MISC PICTURES AND ART WORK | - | 200.00 | 200.00 |
| | | | **$4,375.00** |
| | | | |
| ***RAW MATERIALS*** | | | |
| GANG BOXES | 8 | 400.00 | 3,200.00 |
| MISC GRILLS | - | 2,500.00 | 2,500.00 |
| MISC DUCT WORK | - | 1,000.00 | 1,000.00 |
| MISC EXHAUST FANS | - | 15,000.00 | 15,000.00 |
| MISC COPPER AND FITTINGS | - | 500.00 | 500.00 |
| MISC LINE SETS | - | 500.00 | 500.00 |
| | | | **$22,700.00** |
| | | | |
| MISC TOOLS | 30 | 25.00 | 750.00 |
| RESIDENTIAL PACKAGE UNITS | 2 | 2,500.00 | 5,000.00 |
| ROOF TOP UNITS AND CURBS  SR C | - | 38,000.00 | 38,000.00 |
| BOILER, PUMPS AND EXPANSION TANKS  M      H | - | 100,000.00 | 100,000.00 |
| 3  MINI SPLITS FOR  OBS | - | 10,000.00 | 10,000.00 |
| MISC UNITS | - | 15,000.00 | 15,000.00 |
| | | | **$168,750.00** |
| | | | |
| ***OTHER MACHINERY, FIXTURES, & EQUIPMENT*** | | | |
| FORK LIFT | 1 | 7,500.00 | 7,500.00 |
| SCISSOR LIFTS | 2 | 3,500.00 | 7,000.00 |
| | | | **$14,500.00** |

# EXHIBIT A/B-11
# Accounts Receivables

7:30 PM
09/12/21

**SMS MECHANICAL**
**A/R Aging Summary**
As of September 12, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Chang, Elliot - 419 S. Water St | 0.00 | 0.00 | 650.00 | 650.00 | 0.00 | 1,300.00 |
| Harries, Robert - 7016 MANNY ST | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 350.00 |
| EOS Fitness | 0.00 | 0.00 | 29,228.00 | 1,900.00 | 0.00 | 31,128.00 |
| The Whiting-Turning Contracting Company | | | | | | |
| 21-1-407 Warby Parker West Coast Lab | 0.00 | 0.00 | 79,806.65 | 46,899.60 | 0.00 | 126,706.25 |
| Total The Whiting-Turning Contracting Company | 0.00 | 0.00 | 79,806.65 | 46,899.60 | 0.00 | 126,706.25 |
| Caliber Collision | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 | 230.00 |
| Addison Construction & Communications | | | | | | |
| 21-1-405 Planet 13 Cultivation W. Bell Dr | 0.00 | 0.00 | 22,200.00 | 14,350.00 | 0.00 | 36,550.00 |
| Total Addison Construction & Communications | 0.00 | 0.00 | 22,200.00 | 14,350.00 | 0.00 | 36,550.00 |
| CARMA GROUP LLC | | | | | | |
| 21-1-501 Starbucks Excalibur | 0.00 | 0.00 | 0.00 | 0.00 | 5,968.00 | 5,968.00 |
| Total CARMA GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 | 5,968.00 | 5,968.00 |
| Other Customer | | | | | | |
| American Walk-In Cooler | 0.00 | 0.00 | 0.00 | 0.00 | 8,100.00 | 8,100.00 |
| Total Other Customer | 0.00 | 0.00 | 0.00 | 0.00 | 8,100.00 | 8,100.00 |
| Synexis Maintenace | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 420.00 |
| Tyagi, Vic - 2305 Pearl Crest | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 | 230.00 |
| Boy Scout of America -20217 Office | 0.00 | 0.00 | 768.00 | 0.00 | 0.00 | 768.00 |
| David Fury | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Austin General Contracting | | | | | | |
| 21-1-601 Raiders Owners Suite | 0.00 | 0.00 | 4,275.00 | 0.00 | 0.00 | 4,275.00 |
| 21-1-404 Planet 13 Storage | 0.00 | 0.00 | 9,025.00 | 70,274.40 | 7,600.00 | 86,899.40 |
| 20038 Allegiant Stadium Tech Offices | 0.00 | 0.00 | 0.00 | 0.00 | 8,500.00 | 8,500.00 |
| Total Austin General Contracting | 0.00 | 0.00 | 13,300.00 | 70,274.40 | 16,100.00 | 99,674.40 |
| Clucas, Giselle | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 | 315.00 |
| MCDonald, Brad | 0.00 | 0.00 | 0.00 | 838.00 | 0.00 | 838.00 |
| Bulter, Kyle | 0.00 | 0.00 | 0.00 | 0.00 | 385.00 | 385.00 |
| Choate Construction Company | | | | | | |
| 20017 Project Fall- Niagara Nothern LV | 0.00 | 0.00 | 0.00 | 2,112.50 | 0.00 | 2,112.50 |
| Total Choate Construction Company | 0.00 | 0.00 | 0.00 | 2,112.50 | 0.00 | 2,112.50 |
| Jing Restaurant | 0.00 | 0.00 | 492.50 | 0.00 | 0.00 | 492.50 |
| Minero General Contractor | | | | | | |
| 21-1-301 Shell 7208 S. Jones Blvd. | 0.00 | 0.00 | 2,267.65 | 3,059.00 | 0.00 | 5,326.65 |
| Total Minero General Contractor | 0.00 | 0.00 | 2,267.65 | 3,059.00 | 0.00 | 5,326.65 |
| A/C Trane Warranty Department | 0.00 | 0.00 | 0.00 | 635.00 | 0.00 | 635.00 |
| Sun Valley Surgery Center | 0.00 | 0.00 | 1,125.00 | 0.00 | 0.00 | 1,125.00 |
| Bob Brown | 0.00 | 0.00 | 0.00 | 0.00 | 335.00 | 335.00 |
| Trane Warranty Invoices | 0.00 | 0.00 | 0.00 | 0.00 | 9,006.25 | 9,006.25 |
| Greenberg Traurig | 0.00 | 0.00 | 0.00 | 230.00 | 0.00 | 230.00 |
| Las Vegas Metro | | | | | | |
| SAC 11301 Redpoint Drive | 0.00 | 515.00 | 515.00 | 0.00 | 0.00 | 1,030.00 |
| 4591 W Russell Rd | 0.00 | 0.00 | 0.00 | 580.00 | 895.00 | 1,475.00 |
| 4810 S Las Vegas Blvd | 0.00 | 0.00 | 0.00 | 210.00 | 0.00 | 210.00 |
| Las Vegas Metro - Other | 0.00 | 0.00 | 3,709.00 | 0.00 | 252.00 | 3,961.00 |
| Total Las Vegas Metro | 0.00 | 515.00 | 4,224.00 | 790.00 | 1,147.00 | 6,676.00 |
| Specialist Property Management | 0.00 | 0.00 | 918.00 | 2,108.00 | 2,017.50 | 5,043.50 |
| Elite Medical | 0.00 | 0.00 | 0.00 | 4,137.50 | 0.00 | 4,137.50 |
| The Haunted Museum | 0.00 | 0.00 | 0.00 | 767.00 | 0.00 | 767.00 |
| Advanced Medical Builders, Inc. | | | | | | |
| 19030-UMC Cath Labs 1 & 3 Upgrade | 0.00 | 0.00 | 0.00 | 0.00 | 7,435.00 | 7,435.00 |
| Total Advanced Medical Builders, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 7,435.00 | 7,435.00 |
| Fuse Stainless, LLC | 0.00 | 0.00 | 0.00 | 230.00 | 0.00 | 230.00 |
| Nevada General Construction | | | | | | |
| 21-1-406 DTS M-200 LLW | 0.00 | 0.00 | 48,492.51 | 0.00 | 0.00 | 48,492.51 |
| 21-1-801 Beacon Academy | 0.00 | 0.00 | 49,593.80 | 0.00 | 0.00 | 49,593.80 |
| 21-1-401 Arizona School of Nursing | 0.00 | 0.00 | 0.00 | 3,645.15 | 10,314.97 | 13,960.12 |
| 20028 PIPC W Craig Road | 0.00 | 0.00 | 0.00 | 0.00 | 44,650.79 | 44,650.79 |
| Nevada General Construction - Other | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 | 840.00 |
| Total Nevada General Construction | 0.00 | 0.00 | 98,086.31 | 3,645.15 | 55,805.76 | 157,537.22 |
| UMC | | | | | | |
| 26099-21-2 South Anit Grill Replacement | 0.00 | 0.00 | 0.00 | 3,249.00 | 0.00 | 3,249.00 |
| UMC QC Sunset -525 Marks St | 0.00 | 0.00 | 0.00 | 2,951.00 | 0.00 | 2,951.00 |
| UMC QC Spring Valley | 0.00 | 0.00 | 0.00 | 282.50 | 0.00 | 282.50 |
| UMC QC Nellis | 0.00 | 0.00 | 0.00 | 990.00 | 0.00 | 990.00 |
| UMC QC Summerlin | 0.00 | 0.00 | 0.00 | 5,154.50 | 0.00 | 5,154.50 |
| UMC - Other | 0.00 | 0.00 | 3,808.00 | 14,037.00 | 57,999.00 | 75,844.00 |
| Total UMC | 0.00 | 0.00 | 3,808.00 | 26,664.00 | 57,999.00 | 88,471.00 |
| Inyo Dispensary (15010) | 0.00 | 0.00 | 2,875.00 | 0.00 | 0.00 | 2,875.00 |
| UHG | | | | | | |
| UHG 270 W. Lake Mead Parkway | 0.00 | 0.00 | 0.00 | 0.00 | 1,927.72 | 1,927.72 |

7:30 PM
09/12/21

**SMS MECHANICAL**
**A/R Aging Summary**
As of September 12, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| UHG -UHG 2700 Fire Mesa | 0.00 | 0.00 | 0.00 | 1,322.00 | 0.00 | 1,322.00 |
| UHG Preventive Maintenance | | | | | | |
| UHG 4835 S Durango | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 282.00 |
| UHG 4475 S Eastern PM | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 282.00 |
| UHG 5820 Eastern PM | 0.00 | 0.00 | 0.00 | 282.00 | 282.00 | 564.00 |
| UHG 8680 Cheyenne PM | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 282.00 |
| UHG 540 N Nellis PM | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 282.00 |
| UHG 2845 Sienna PM | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 282.00 |
| UHG Oakey HVAC PM | 0.00 | 0.00 | 0.00 | 0.00 | 2,763.00 | 2,763.00 |
| UHG Oakey I/M PM | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Total UHG Preventive Maintenance | 0.00 | 0.00 | 0.00 | 564.00 | 5,073.00 | 5,637.00 |
| UHG - 6720 Placid (15041) | 0.00 | 0.00 | 0.00 | 410.00 | 0.00 | 410.00 |
| UHG - 2845 Sienna Heights | 0.00 | 0.00 | 0.00 | 0.00 | 770.00 | 770.00 |
| UHG - 2704 N. Tenaya | 0.00 | 0.00 | 0.00 | 0.00 | 630.00 | 630.00 |
| UHG - 4475 S. Eastern (25002) | 0.00 | 0.00 | 0.00 | 0.00 | 3,680.00 | 3,680.00 |
| UHG - Other | 0.00 | 0.00 | 0.00 | 0.00 | 2,145.00 | 2,145.00 |
| Total UHG | 0.00 | 0.00 | 0.00 | 2,296.00 | 14,225.72 | 16,521.72 |
| Cherry, Wendy | 0.00 | 0.00 | 0.00 | 640.00 | 0.00 | 640.00 |
| Affordable Concepts | | | | | | |
| 21-1-104 DSH LAB Remodel | 0.00 | 13,627.75 | 0.00 | 0.00 | 0.00 | 13,627.75 |
| 21-1-103 SVH Bi Plane | 0.00 | 9,262.50 | 0.00 | 0.00 | 0.00 | 9,262.50 |
| 21-1-101 VH Negative Room c/o ACI | 0.00 | 0.00 | 3,359.85 | 0.00 | 0.00 | 3,359.85 |
| Total Affordable Concepts | 0.00 | 22,890.25 | 3,359.85 | 0.00 | 0.00 | 26,250.10 |
| Dakem & Associates | | | | | | |
| 21-1-204 Pelican PD | 0.00 | 0.00 | 0.00 | 10,532.65 | 0.00 | 10,532.65 |
| 17005 CAPNA | 0.00 | 0.00 | 0.00 | 0.00 | 3,714.00 | 3,714.00 |
| Total Dakem & Associates | 0.00 | 0.00 | 0.00 | 10,532.65 | 3,714.00 | 14,246.65 |
| LVPPA | 0.00 | 0.00 | 0.00 | 0.00 | 17,719.00 | 17,719.00 |
| Martin Harris | | | | | | |
| 21-1-205 Sunrise III MOB | 0.00 | 0.00 | 71,402.00 | 194,974.20 | 11,875.00 | 278,251.20 |
| 19029-Sunrise Hospital MRI Chiller | 0.00 | 0.00 | 0.00 | 57,010.00 | 0.00 | 57,010.00 |
| Total Martin Harris | 0.00 | 0.00 | 71,402.00 | 251,984.20 | 11,875.00 | 335,261.20 |
| Penta Building Group | | | | | | |
| 21-1-303 Boca Park Parking Structure Reme | 0.00 | 0.00 | 0.00 | 1,325.25 | 0.00 | 1,325.25 |
| Total Penta Building Group | 0.00 | 0.00 | 0.00 | 1,325.25 | 0.00 | 1,325.25 |
| RGG | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -0.50 |
| Silver Creek Development, LLC | 0.00 | 7,515.00 | 0.00 | 0.00 | 0.00 | 7,515.00 |
| SR Construction | | | | | | |
| 21-1-403 Alper Retail Center-Pad F | 0.00 | 0.00 | 37,056.05 | 0.00 | 0.00 | 37,056.05 |
| 21-1-102 Valley Health Specialty Hospital | 0.00 | 0.00 | 0.00 | 14,582.00 | 0.00 | 14,582.00 |
| 21-1-201 SDMI Bluediamond | 0.00 | 0.00 | 60,659.05 | 0.00 | 0.00 | 60,659.05 |
| 20032 UHG Pharmacy | 0.00 | 0.00 | 107,179.00 | 58,733.75 | 0.00 | 165,912.75 |
| Total SR Construction | 0.00 | 0.00 | 204,894.10 | 73,315.75 | 0.00 | 278,209.85 |
| UHS of Delaware Inc (Valley) | | | | | | |
| 16099-21-2 VH Replace VFDS on Air Handler | 0.00 | 0.00 | 5,208.50 | 0.00 | 0.00 | 5,208.50 |
| UHS of Delaware Inc (Valley) - Other | 0.00 | 0.00 | 3,599.00 | 4,044.75 | 0.00 | 7,643.75 |
| Total UHS of Delaware Inc (Valley) | 0.00 | 0.00 | 8,807.50 | 4,044.75 | 0.00 | 12,852.25 |
| West Sunset Surgery Center | 0.00 | 0.00 | 0.00 | 0.00 | -1,397.00 | -1,397.00 |
| TOTAL | 0.00 | 30,920.25 | 548,562.56 | 523,428.75 | 211,929.73 | 1,314,841.29 |
| | | | Under 90 Days: | 1,102,911.56 | 211,929.73 | 1,314,841.29 |

# SOFA
# Question 30-Insider Payments

**7:18 PM**
**09/12/21**

# SMS MECHANICAL
# Payroll Transactions by Payee
### August 30, 2020 through August 30, 2021

| | Date | Name | Num | Type | Amount |
|---|---|---|---|---|---|
| Capurro, John | 09 04 2020 | , | 20424 | | -1,617.75 |
| | 09 11 2020 | , | 20453 | | -1,617.75 |
| | 09 18 2020 | , | 20482 | | -1,617.75 |
| | 09 25 2020 | , | 20511 | | -1,617.75 |
| | 10 02 2020 | , | 20542 | | -1,617.75 |
| | 10 09 2020 | , | 20569 | | -1,617.75 |
| | 10 16 2020 | , | 20603 | | -1,617.75 |
| | 10 23 2020 | , | 20630 | | -1,617.75 |
| | 10 30 2020 | , | 20662 | | -1,617.75 |
| | 11 06 2020 | , | 20689 | | -1,617.75 |
| | 11 13 2020 | , | 20716 | | -1,617.75 |
| | 11 20 2020 | , | 20749 | | -1,617.75 |
| | 11 25 2020 | , | 20778 | | -1,617.75 |
| | 12 04 2020 | , | 20856 | | -1,617.75 |
| | 12 11 2020 | , | 20858 | | -1,617.75 |
| | 12 18 2020 | , | 20865 | | -1,617.75 |
| | 12 23 2020 | , | 20892 | | -1,617.75 |
| | 12 31 2020 | , | 20928 | | -1,617.75 |
| | 01 08 2021 | , | 20963 | | -1,620.75 |
| | 01 15 2021 | , | 14398 | | -1,620.75 |
| | 01 22 2021 | , | 21021 | | -1,620.75 |
| | 01 29 2021 | , | 14467 | | -1,620.75 |
| | 02 05 2021 | , | 14479 | | -1,620.75 |
| | 02 12 2021 | , | 21051 | | -1,620.75 |
| | 02 19 2021 | , | 21076 | | -1,620.75 |
| | 02 26 2021 | , | 21102 | | -1,620.75 |
| | 03 05 2021 | , | 21151 | | -1,620.75 |
| | 03 12 2021 | , | 21138 | | -1,620.75 |
| | 03 19 2021 | , | 21200 | | -1,620.75 |
| | 03 26 2021 | , | 21226 | | -1,620.75 |
| | 04 02 2021 | , | 21251 | | -1,620.75 |
| | 04 09 2021 | , | 21275 | | -1,620.75 |
| | 04 16 2021 | , | 21297 | | -1,620.75 |
| | 04 23 2021 | , | 21335 | | -1,620.75 |
| | 04 30 2021 | , | 10119 | | -1,620.75 |
| | 05 07 2021 | , | 10155 | | -1,620.75 |
| | 05 14 2021 | , | 10185 | | -1,620.75 |
| | 05 21 2021 | , | 10254 | | -1,620.75 |
| | 05 28 2021 | , | 10269 | | -1,620.75 |
| | 06 04 2021 | , | 10296 | | -1,620.75 |
| | 06 11 2021 | , | 10359 | | -1,620.75 |
| | 06 18 2021 | , | 50005 | | -1,620.75 |
| | 06 25 2021 | , | 50060 | | -1,620.75 |
| | 07 02 2021 | , | 50096 | | -1,620.75 |
| | 07 09 2021 | , | 50132 | | -1,620.75 |
| | 07 16 2021 | , | 50164 | | -1,620.75 |
| | 07 23 2021 | , | 50205 | | -1,620.75 |
| | 07 30 2021 | , | 10467 | | -1,620.75 |
| | 08 06 2021 | , | 50275 | | -1,620.75 |
| | 08 13 2021 | , | 10432 | | -1,620.75 |
| | 08 20 2021 | , | 10438 | | -1,620.75 |
| | | | | | **-82,604.25** |

7:18 PM
09/12/21

# SMS MECHANICAL
# Payroll Transactions by Payee
### August 30, 2020 through August 30, 2021

| | Date | Name | Num | Type | Amount |
|---|---|---|---|---|---|
| **Hales, Jason R** | 09 04 2020 | , | 20431 | | -2,308.75 |
| | 09 11 2020 | , | 20460 | | -2,308.75 |
| | 09 18 2020 | , | 20490 | | -2,308.75 |
| | 09 25 2020 | , | 20519 | | -2,308.75 |
| | 10 02 2020 | , | 20550 | | -2,308.75 |
| | 10 09 2020 | , | 20577 | | -2,308.75 |
| | 10 16 2020 | , | 20611 | | -2,214.75 |
| | 10 23 2020 | , | 20638 | | -2,308.75 |
| | 10 30 2020 | , | 20669 | | -2,308.75 |
| | 11 06 2020 | , | 20696 | | -2,308.75 |
| | 11 13 2020 | , | 20723 | | -2,308.75 |
| | 11 25 2020 | , | 20784 | | -2,308.75 |
| | 12 04 2020 | , | 20811 | | -2,308.75 |
| | 12 11 2020 | , | 20860 | | -2,500.00 |
| | 12 18 2020 | , | 20952 | | -2,117.50 |
| | 12 23 2020 | , | 20951 | | -2,308.75 |
| | 12 31 2020 | , | 20934 | | -2,214.75 |
| | 01 08 2021 | , | 20970 | | -2,308.75 |
| | 01 15 2021 | , | 14406 | | -2,308.75 |
| | 01 22 2021 | , | 21029 | | -2,308.75 |
| | 01 29 2021 | , | 14460 | | -2,308.75 |
| | 02 05 2021 | , | 14487 | | -2,308.75 |
| | 02 12 2021 | , | 21059 | | -2,308.75 |
| | 02 19 2021 | , | 21083 | | -2,308.75 |
| | 02 26 2021 | , | 21110 | | -1,678.17 |
| | 03 05 2021 | , | 21159 | | -2,308.75 |
| | 03 12 2021 | , | 21177 | | -2,308.75 |
| | 03 19 2021 | , | 21208 | | -4,450.17 |
| | 03 26 2021 | , | 21234 | | -2,308.75 |
| | 04 02 2021 | , | 21259 | | -1,678.17 |
| | 04 09 2021 | , | 21282 | | -1,678.17 |
| | 04 16 2021 | , | 21306 | | -2,308.75 |
| | 04 23 2021 | , | 10104 | | -1,678.17 |
| | 04 30 2021 | , | 10127 | | -2,308.75 |
| | 05 07 2021 | , | 10164 | | -1,678.17 |
| | 05 14 2021 | , | 10194 | | -2,052.37 |
| | 05 21 2021 | , | 10230 | | -1,678.17 |
| | 05 28 2021 | , | 10278 | | -1,678.17 |
| | 06 04 2021 | , | 10305 | | -1,678.17 |
| | 06 11 2021 | , | 10367 | | -1,678.17 |
| | 06 18 2021 | , | 50014 | | -1,678.17 |
| | 06 25 2021 | , | 50069 | | -1,678.17 |
| | 07 02 2021 | , | 50106 | | -1,772.17 |
| | 07 09 2021 | , | 50142 | | -1,772.17 |
| | 07 16 2021 | , | 50174 | | -1,678.17 |
| | 07 23 2021 | , | 50215 | | -1,678.17 |
| | | | **Total Hales, Jason R** | | **-98,628.84** |