| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Strong Man Services, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14265-mkn |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/21/2021          x  /s/ Jason Hales
                                    Signature of individual signing on behalf of debtor

                                    Jason Hales
                                    Printed name

                                    Secretary
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Strong Man Services, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14265-mkn |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $      1,993,559.42

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $      1,993,559.42

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $        280,799.94

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................  $              0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$      1,270,024.11

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b          $      1,550,824.05

**Fill in this information to identify the case:**

Debtor name: Strong Man Services, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 21-14265-mkn

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                   Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 3832 | $24.14 |
| 3.2. | Chase Bank | Checking | 6189 | $0.00 |
| 3.3. | Nevada State Bank | Checking | 6189 | $219.00 |
| 3.4. | Nevada State Bank | Checking | 8298 | $0.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**                                                                                    $243.14
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   Strong Man Services, Inc.                                  Case number *(If known)*  21-14265-mkn
         Name

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.  Deposit with Harsch Investment Properties (landlord for real proeprty lease)                    $3,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                  $3,000.00
   Add lines 7 through 8. Copy the total to line 81.

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    1,102,911.56    -    0.00    = ....    $1,102,911.56
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       211,929.72      -    0.00    =....     $211,929.72
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                 $1,314,841.28
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Misc. gang boxes, grills, duct work, exhaust fans, and copper fittings.  See Exhibit A/B | | $0.00 | | $22,700.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Debtor  Strong Man Services, Inc.  Case number *(If known)* 21-14265-mkn
Name

| 22. | **Other inventory or supplies** | |
|---|---|---|
| 23. | **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | $22,700.00 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** 9 Desks; 10 file cabinets; 15 office chairs; and misc. art work.  See Exhibit A/B | $0.00 | | $4,375.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 7 Computers; 1 laptop; 7 phones; 28 cell phones and tablet.   See Exhibit A/B | $0.00 | | $5,150.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $9,525.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 3

| Debtor | Strong Man Services, Inc. | Case number (If known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2017 Ford F150 VIN: 1FTMF1C8XHKC25338 | $0.00 | Comparable sale | $21,000.00 |
| 47.2. | 2019 Ford Ranger; VIN 1FTER1EHOKLB22455 | $0.00 | Comparable sale | $31,000.00 |
| 47.3. | 2017 Ford Transit Connect Cargo Van; VIN NM0LS7F7XH1325178 | $0.00 | Comparable sale | $20,000.00 |
| 47.4. | 2018 Ford F150; VIN 1FTMF1CB4JKC03711 | $0.00 | Comparable sale | $21,000.00 |
| 47.5. | 2016 Ford Tranport Cargo Van; VIN NM0LE6F74G1235217 | $0.00 | Comparable sale | $14,000.00 |
| 47.6. | 2017 Ford F150; VIN 1FTEX1RGOHFA34424 | $0.00 | Comparable sale | $44,000.00 |
| 47.7. | 2019 Ford F150; VIN 1FTEW1E48KKC03957 | $0.00 | Comparable sale | $42,000.00 |
| 47.8. | 2019 Ford Transit Connect; VIN NM0LS7E24K1417965 | $0.00 | Comparable sale | $21,000.00 |
| 47.9. | 2018 Chevy Suburban; VIN 1GNSCGKC5JR292183 | $0.00 | Comparable sale | $40,000.00 |
| 47.10. | 2018 Ford Transit Van; VIN 1FTYE1CMXJKB55007 | $0.00 | Comparable sale | $26,000.00 |
| 47.11. | 1-14 ft. box trailer- $4,500; 1 hydraulic trailer - $12,500 | $0.00 | | $17,000.00 |
| 47.12. | 2019 Ford F250; VIN 1FT7W2BTXKED28838 | $0.00 | Comparable sale | $73,000.00 |

Debtor   Strong Man Services, Inc.                                    Case number *(If known)*  21-14265-mkn
         Name

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | 1 Fork lift-$7,500; and 2 scissor lifts $7,000 | $0.00 | | $14,500.00 |
| | Misc. tools; residential package units; roof top units and curbs; boiler with pump and expansion tanks; misc. units, and mini splits | $0.00 | | $168,750.00 |
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | | $553,250.00 |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** <br> ■ No <br> ☐ Yes | | | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | | | |

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** <br> www.smsmechanical.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

Debtor   Strong Man Services, Inc.                                    Case number *(If known)*  21-14265-mkn
        *Name*

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Litigation claims to collect on accounts receivables as listed herein<br>**Nature of claim**<br>**Amount requested**  $0.00 | Unknown |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Claims against recovery fund of SMART Local 88 SMW of So. Nevada Trust Funds (estimated for lost work to non-union contracts) | $60,000.00 |
|  | Insurance claim for stolen truck (recovered but stripped; assumed total loss); Claim No. NVBA-xxxx1042 | Unknown |
|  | Surety Bond with Merchants Bonding Company;  NV xxx5336 | $30,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $90,000.00 |

Debtor  Strong Man Services, Inc.  Case number *(If known)* 21-14265-mkn
        Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   Strong Man Services, Inc.  
        *Name*

Case number *(If known)*   21-14265-mkn

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $243.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,314,841.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $22,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,525.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $553,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $90,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,993,559.42 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,993,559.42 |

**Fill in this information to identify the case:**

Debtor name: Strong Man Services, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 21-14265-mkn

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ally**<br>Creditor's Name<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 951<br>Horsham, PA 19044<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 2543<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2019 Ford F250; VIN 1FT7W2BTXKED28838<br><br>**Describe the lien**<br>Purchase Security Agreement<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,964.05 | $73,000.00 |
| **2.2** **Ally**<br>Creditor's Name<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 951<br>Horsham, PA 19044<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** 12/20/2018<br>**Last 4 digits of account number** 9608 | **Describe debtor's property that is subject to a lien**<br>2019 Ford F150; VIN 1FTEW1E48KKC03957<br><br>**Describe the lien**<br>Purchase Security Agreement<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $39,648.00 | $42,000.00 |

Official Form 206D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 1 of 5

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Ally**
Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/17/2019
**Last 4 digits of account number**
2610

**Describe debtor's property that is subject to a lien**
2019 Ford Transit Connect; VIN NM0LS7E24K1417965

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$13,915.88    $21,000.00

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Ally**
Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/12/2018
**Last 4 digits of account number**
5088

**Describe debtor's property that is subject to a lien**
2018 Chevy Suburban; VIN 1GNSCGKC5JR292183

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$42,171.47    $40,000.00

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **Ally**
Creditor's Name

Attn: Bankruptcy Dept/Managing Agent
P.O. Box 951
Horsham, PA 19044

**Describe debtor's property that is subject to a lien**
2018 Ford Transit Van; VIN 1FTYE1CMXJKB55007

$29,013.99    $26,000.00

---

| Debtor | Strong Man Services, Inc. | | Case number (if known) | 21-14265-mkn |
|---|---|---|---|---|
| | Name | | | |

**Creditor's mailing address**

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/20/2018

**Last 4 digits of account number**
3220

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Ford Credit | **Describe debtor's property that is subject to a lien** | $7,244.64 | $21,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2017 Ford F150 VIN: 1FTMF1C8XHKC25338 | | |

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
**Creditor's mailing address**

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0788

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Ford Credit | **Describe debtor's property that is subject to a lien** | $19,889.53 | $31,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2019 Ford Ranger; VIN 1FTER1EHOKLB22455 | | |

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
**Creditor's mailing address**

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
9493

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Ford Credit | Describe debtor's property that is subject to a lien | $8,689.86 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

2017 Ford Transit Connect Cargo Van; VIN NM0LS7F7XH1325178

**Describe the lien**
Purchase Security Agrement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**  3455

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Ford Credit | Describe debtor's property that is subject to a lien | $8,423.19 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

2018 Ford F150; VIN 1FTMF1CB4JKC03711

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**  3479

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Ford Credit | Describe debtor's property that is subject to a lien | $6,720.80 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

2016 Ford Tranport Cargo Van; VIN NM0LE6F74G1235217

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 5

| Debtor | Strong Man Services, Inc. | Case number (if known) | 21-14265-mkn |
|---|---|---|---|
| | Name | | |

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9983

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Ford Credit | **Describe debtor's property that is subject to a lien** | $57,118.53 | $44,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2017 Ford F150; VIN 1FTEX1RGOHFA34424 | | |

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

**Describe the lien**
Purchase Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7145

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $280,799.94

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|